1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant HOLMES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR-09-00113 CW
                                   )
12             Plaintiff,          )   STIPULATION TO CONTINUE;
                                   )   PROPOSED ORDERING CONTINUING
13 vs.                             )   CASE AND EXCLUDING TIME UNDER
                                   )   THE SPEEDY TRIAL ACT
14 DEBORAH HOLMES,                 )
                                   )
15             Defendant.          )
   _____)
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL

18 OR MOTIONS SETTING OR DISPOSITION HEARING date of September 16, 2009 presently

19 scheduled at 2:30 p.m., before the Honorable Claudia Wilken, be vacated and re-set for October

20 21, 2009 at 2:30 p.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

21     The reason for this request is that defense counsel is presently investigating the case by

22 gathering records and interviewing witnesses; discussing the case with government counsel; and

23 researching possible motions. The defense and government counsel are presently sharing

24 information but government counsel is engaged in trial preparation and will commence trial on

25 September 28, 2009.

26     The parties agree and stipulate that the time until October 21, 2009 should be excluded,

1

under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate new counsel's preparation efforts.

Date   09/15/09

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant HOLMES

Date   09/15/09

/s/
Joshua Hill
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
Counsel for Defendant Holmes

1  ORDER

2  The court finds that the ends of justice served by the granting of the continuance
3  outweigh the bests interests of the public and the defendant in a speedy and public trial. The
4  continuance is necessary to accommodate counsel's preparation efforts.  Based on these findings,
5  IT IS HEREBY ORDERED THAT the above-captioned matter is continued to October 21, 2009
6  at 2:30 p.m., and that time is excluded from September 16, 2009 until October 21, 2009 pursuant
7  to 18 U.S.C. §§3161(h)(7)(A).

8  IT IS SO ORDERED.

11    September 16, 2009  
    Date

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE